UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAITH BAPTIST CHURCH, *et al.*,

        Plaintiffs,

v.

WATERFORD TOWNSHIP, *et al.*,

        Defendants.

        Case No. 08-11028

        Honorable John Corbett O'Meara

_____/

**ORDER GRANTING PLAINTIFFS' MOTION
TO DISQUALIFY DEFENDANTS' ATTORNEYS
AND MOTION TO STAY PROCEEDINGS**

    Before the court is Plaintiffs' motion to disqualify Defendants' attorneys, Cummings, McClorey, Davis & Acho, P.L.C., filed August 31, 2009, and Plaintiffs' motion to stay proceedings, filed September 3, 2009. The court held a hearing on October 1, 2009. For the reasons stated on the record, Plaintiffs' motion to disqualify Cummings, McClorey, Davis & Acho P.L.C. is GRANTED. Plaintiffs' motion to stay proceedings is also GRANTED. This action is STAYED for thirty days, during which time Defendants shall obtain substitute counsel.

    SO ORDERED.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: October 1, 2009

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 1, 2009, using the ECF system and/or ordinary mail.

                                                <u>s/William Barkholz</u>
                                                Case Manager